FILED IN CLERK'S OFFICE
U.S. BANKRUPTCY COURT
NORTHERN DISTRICT
OF GEORGIA

2026 JUL 31 P 4: 26

VANIA S. ALLEN
CLERK
BY: [signature]
DEPUTY CLERK

**Fill in this information to identify the case:**

United States Bankruptcy Court for the:

Northern District of Georgia
(State)

Case number (*If known*): 26-60117 Chapter 7

☐ Check if this is an amended filing

Official Form 205

# Involuntary Petition Against a Non-Individual

12/15

**Use this form to begin a bankruptcy case against a non-individual you allege to be a debtor subject to an involuntary case. If you want to begin a case against an individual, use the *Involuntary Petition Against an Individual* (Official Form 105). Be as complete and accurate as possible. If more space is needed, attach any additional sheets to this form. On the top of any additional pages, write debtor's name and case number (if known).**

## Part 1: Identify the Chapter of the Bankruptcy Code Under Which Petition Is Filed

**1. Chapter of the Bankruptcy Code**

*Check one:*

☑ Chapter 7
☐ Chapter 11

## Part 2: Identify the Debtor

**2. Debtor's name**

JDS-Q SERVICES, LLC

**3. Other names you know the debtor has used in the last 8 years**

Include any assumed names, trade names, or *doing business as* names.

NONE KNOWN

**4. Debtor's federal Employer Identification Number (EIN)**

☑ Unknown

__ __ - __ __ __ __ __ __ __
EIN

**5. Debtor's address**

**Principal place of business**

1035 LIGHT HOUSE COURT
Number Street

GRAND PRAIRIE TX 75104
City State ZIP Code

DALLAS
County

**Mailing address, if different**

Number Street

P.O. Box

City State ZIP Code

**Location of principal assets, if different from principal place of business**

Number Street

City State ZIP Code

Debtor JDS-Q SERVICES, LLC
Name

Case number (if known) ____________________

**6. Debtor's website** (URL) ____________________

**7. Type of debtor**

☑ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))
☐ Partnership (excluding LLP)
☐ Other type of debtor. Specify: ____________________

**8. Type of debtor's business**

*Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))
☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
☐ Railroad (as defined in 11 U.S.C. § 101(44))
☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))
☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))
☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))
☑ None of the types of business listed.
☐ Unknown type of business.

**9. To the best of your knowledge, are any bankruptcy cases pending by or against any partner or affiliate of this debtor?**

☑ No
☐ Yes. Debtor ____________________ Relationship ____________________
District ____________________ Date filed ____________ (MM / DD / YYYY) Case number, if known____________________

Debtor ____________________ Relationship ____________________
District ____________________ Date filed ____________ (MM / DD / YYYY) Case number, if known____________________

## Part 3: Report About the Case

**10. Venue**

*Check one:*

☑ Over the last 180 days before the filing of this bankruptcy, the debtor had a domicile, principal place of business, or principal assets in this district longer than in any other district.

☐ A bankruptcy case concerning debtor's affiliates, general partner, or partnership is pending in this district.

**11. Allegations**

Each petitioner is eligible to file this petition under 11 U.S.C. § 303(b).
The debtor may be the subject of an involuntary case under 11 U.S.C. § 303(a).

*At least one box must be checked*:

☑ The debtor is generally not paying its debts as they become due, unless they are the subject of a bona fide dispute as to liability or amount.

☐ Within 120 days before the filing of this petition, a custodian, other than a trustee, receiver, or an agent appointed or authorized to take charge of less than substantially all of the property of the debtor for the purpose of enforcing a lien against such property, was appointed or took possession.

**12. Has there been a transfer of any claim against the debtor by or to any petitioner?**

☑ No
☐ Yes. Attach all documents that evidence the transfer and any statements required under Bankruptcy Rule 1003(a).

Debtor JDA-QSERVICES, LLC
Name

Case number (if known) ____________________

**13. Each petitioner's claim**

| Name of petitioner | Nature of petitioner's claim | Amount of the claim above the value of any lien |
|---|---|---|
| DEREK JONES | A fixed contractual payment(claim) of of $50,000 shall be due upon and payable immediately upon closing and or sale the property locate at 1035 Lighthouse Court GrandPrairie Tx 75104 | $ 50,000.00 |
| | | $ |
| | | $ |
| | Total of petitioners' claims | $ 50,000.00 |

**If more space is needed to list petitioners, attach additional sheets. Write the alleged debtor's name and the case number, if known, at the top of each sheet. Following the format of this form, set out the information required in Parts 3 and 4 of the form for each additional petitioning creditor, the petitioner's claim, the petitioner's representative, and the petitioner's attorney. Include the statement under penalty of perjury set out in Part 4 of the form, followed by each additional petitioner's (or representative's) signature, along with the signature of the petitioner's attorney.**

## Part 4: Request for Relief

**WARNING** -- Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

Petitioners request that an order for relief be entered against the debtor under the chapter of 11 U.S.C. specified in this petition. If a petitioning creditor is a corporation, attach the corporate ownership statement required by Bankruptcy Rule 1010(b). If any petitioner is a foreign representative appointed in a foreign proceeding, attach a certified copy of the order of the court granting recognition.

I have examined the information in this document and have a reasonable belief that the information is true and correct.

**Petitioners or Petitioners' Representative**

**Name and mailing address of petitioner**

DEREK JONES
Name

110 Walter Way #1005
Number Street

Stockbridge | Georgia | 30281
City | State | ZIP Code

**Name and mailing address of petitioner's representative, if any**

Name

Number Street

City State ZIP Code

I declare under penalty of perjury that the foregoing is true and correct.

Executed on 07/31/2026
MM / DD / YYYY

✘ [signature]
Signature of petitioner or representative, including representative's title

**Attorneys**

Printed name

Firm name, if any

Number Street

City State ZIP Code

Contact phone ______ Email ______

Bar number ______

State ______

✘ ______
Signature of attorney

Date signed ______
MM / DD / YYYY

Debtor JDS-Q SERVICES, LLC
Name

Case number (if known)

**Name and mailing address of petitioner**

DEREK JONES
Name

110 WALTER WAY #1005
Number Street

STOCKBRIDGE Georgia 30281
City State ZIP Code

**Name and mailing address of petitioner's representative, if any**

Name

Number Street

City State ZIP Code

I declare under penalty of perjury that the foregoing is true and correct.

Executed on 07/31/2026
MM / DD / YYYY

✗
Signature of petitioner or representative, including representative's title

Printed name

Firm name, if any

Number Street

City State ZIP Code

Contact phone Email

Bar number

State

✗
Signature of attorney

Date signed
MM / DD / YYYY

**Name and mailing address of petitioner**

Name

Number Street

City State ZIP Code

**Name and mailing address of petitioner's representative, if any**

Name

Number Street

City State ZIP Code

I declare under penalty of perjury that the foregoing is true and correct.

Executed on
MM / DD / YYYY

✗
Signature of petitioner or representative, including representative's title

Printed name

Firm name, if any

Number Street

City State ZIP Code

Contact phone Email

Bar number

State

✗
Signature of attorney

Date signed
MM / DD / YYYY

**IN THE UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF GEORGIA**
**ATALNTA DIVISION**

| | | |
|---|---|---|
| **RE: JDS-Q SERVICES,LLC** | : | |
| **ALLEGED DEBTOR** | : | **CHAPTER ____7________** |
| | : | **CASE NO.:______________** |
| | : | |

**DEREK JONES IN SUPPORT OF**
**INVOLUNTAY CHAPTER 7 PETITION**

**EXHIBIT INDEX**

| | |
|---|---|
| **A** | **Records supporting venue in the Northern District of Georgia** |
| **B** | **Notice of Substitute Trustee's Sale recorded as Dallas County Instrument NO.202600001757.** |
| **C** | **Records supporting the allegation that JDS-Q Services LLC. Is generally not paying debt as they become due.** |

# U.S. Bankruptcy Court

## Georgia Northern Bankruptcy

Receipt Date: Jul 31, 2026 4:42PM

Derek Jones

Rcpt. No: 10016625 Trans. Date: Jul 31, 2026 4:42PM Cashier ID: #KT (5972)

| CD | Transaction | Case/Party/Defendant | Qty | Price | Amt |
|---|---|---|---|---|---|
| 7IN | Ch 7 Installment | 26-60117 | 1 | 330.00 | 330.00 |

| CD | Tender | | | Amt |
|---|---|---|---|---|
| CH | CHECK | #22-122053914 | 07/31/2026 | $330.00 |
| | | | Total Due Prior to Payment: | $330.00 |
| | | | Total Tendered: | $330.00 |

**Debtor**: JDS-Q Services, LLC

Only when the bank clears the check, money order, or verifies credit of funds, is the fee or debt officially paid or discharged. A $53 fee will be charged for a returned check.