FILED IN CLERK'S OFFICE
U.S. BANKRUPTCY COURT
NORTHERN DISTRICT
OF GEORGIA

2026 JUL 31 P 4:26

VANIA S. ALLEN
CLERK
BY: ________
DEPUTY CLERK

**IN THE UNITED STATES BANKRUPTCY COURT**

**NORTHERN DISTRICT OF GEORGIA**

**ATLANTA DIVISION**

**RE: JDS-Q SERVICES,LLC** :
**ALLEGED DEBTOR** : **CHAPTER** 7
: **CASE NO.:** 26-60117
:

**EMERGENCY MOTION TO PERSERVE PROPERTY**

**AND PROCEEDS AND TO ENFORCE THE AUTOMATIC STAY**

**I, Derek Jones**, petitioning creditor, moves for an emergency order preserving the property commonly known as 1035 Lighthouse Court, Grand Prairie, Texas 75104 and all proceeds connected with that property. In support, he states:

1.

An involuntary Chapter 7 petition has been filed against JDS-Q Services, LLC under 11 U.S.C. § 303.

2.

The filing of the involuntary petition operates as an automatic stay under 11 U.S.C. § 362(a).

3.

JDS-Q Services, LLC executed a signed agreement establishing fixed liability to Derek Jones in the amount of $50,000. The agreement makes payment due when 1035 Lighthouse Court is sold, but the liability and amount are presently fixed and noncontingent.

4.

The property is encumbered by a deed of trust recorded as Dallas County Instrument No. 202400240593 for the benefit of BD Capital SE LLC.

5.

A Notice of Substitute Trustee's Sale was recorded as Dallas County Instrument No. 202600001757 and set a foreclosure sale for August 4, 2026.

6.

Without immediate relief, foreclosure, transfer, encumbrance, or dissipation of proceeds may impair the bankruptcy estate and the petitioning creditor's claim before the Court determines the involuntary petition.

7.

Under 11 U.S.C. § 303(f), the Court may order restrictions on the alleged debtor's use, acquisition, or disposition of property during the period before an order for relief. Under 11 U.S.C. §§ 105(a) and 362(a), the Court may enforce the stay and issue orders necessary to preserve the estate and the Court's jurisdiction.

**WHEREFORE,** Derek Jones requests that the Court enter an emergency order:

1. Confirming that 11 U.S.C. § 362(a) stays any foreclosure sale, trustee sale, repossession, transfer, collection, or enforcement action against JDS-Q Services,LLC or property of the bankruptcy estate, including 1035 Lighthouse Court;

2. Directing JDS-Q Services, LLC not to sell, transfer, convey, encumber, refinance, assign, or otherwise dispose of 1035 Lighthouse Court or any interest in it except by further order of this Court;

3. Directing that any sale, refinancing, insurance, condemnation, foreclosure-surplus, or other proceeds connected with the property be preserved in a segregated escrow account and not disbursed except by further order of this Court;

4. Directing JDS-Q Services, LLC, BD Capital SE LLC, the loan servicer, SettlePou, and

all substitute trustees receiving notice of the bankruptcy filing to preserve all records, funds, bids, payoff statements, sale documents, and proceeds concerning the property;

5. Setting an expedited hearing; and

6. Granting all further relief the Court determines proper.

**RESPECTFULLY SUBMITTED,**

Derek Jones
Petitioning Creditor
Address: 110 WALTER WAY
City, State, ZIP: STOCKBRIDGE GA 30281