FILED IN CLERK'S OFFICE
U.S. BANKRUPTCY COURT
NORTHERN DISTRICT
OF GEORGIA
2026 JUL 31 P 4: 29
VANIA S. ALLEN
CLERK
BY: ______
DEPUTY CLERK

**IN THE UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF GEORGIA**
**ATLANTA DIVISION**

| | | |
|---|---|---|
| **RE: JDS-Q SERVICES,LLC** | : | |
| **ALLEGED DEBTOR** | : | **CHAPTER** 7 |
| | : | **CASE NO.:** 26-60117 |
| | : | |

## CERTIFICATION OF SERVICE

I certify that on July 31, 2026, I served a true and correct copy of the Involuntary Petition, the Declaration of Derek Jones, the Emergency Motion, the proposed Order, and the Emergency Notice of Involuntary Bankruptcy Filing and Automatic Stay by the methods stated below:

JDS-Q Services, LLC
1035 Lighthouse Court
Grand Prairie, Texas 75104
Method: Certified mail and first-class mail

BD Capital SE LLC
c/o SettlePou
3333 Lee Parkway, Eighth Floor
Dallas, Texas 75219
Method: Certified mail, first-class mail, and electronic transmission

SettlePou and the substitute trustees identified in Dallas County Instrument No. 202600001757
3333 Lee Parkway, Eighth Floor
Dallas, Texas 75219
Method: Certified mail, first-class mail, and electronic transmission

United States Trustee
Office of the United States Trustee for Region 21
75 Ted Turner Drive, SW, Room 362
Atlanta, Georgia 30303
Method: First-class mail and electronic filing notice

I declare under penalty of perjury that the foregoing is true and correct.

Executed on 7/31, 2026.

______________________________